RECEIVED
IN LAKE CHARLES, LA

DEC 1 3 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JULIUS JARAMAL WILLIAMS | CIVIL ACTION NO. 11-87 |
| VERSUS | SECTION "P" |
| TERRY TERRELL, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and 28 U.S.C. § 1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12 day of December, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE